STATE of Missouri, Respondent,

v.

**Jerry BARBAN, Appellant.**

**No. ED 79489.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 3, 2002.

Emmett D. Queener, Assistant State Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., SHERRI B. SULLIVAN and GLENN A. NORTON, JJ.

## ORDER

PER CURIAM.

Defendant, Jerry Barban, appeals from the judgment entered after a jury found him guilty of two counts of child molestation in the first degree. Defendant was sentenced to concurrent terms of seven years imprisonment. No jurisprudential purpose would be served by a written opinion. However, the parties have been provided with a memorandum for their information only setting forth the reasons for this order.

The judgment is affirmed. Rule 30.25(b).